AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 6:25cr234
Six electronic devices currently in the custody of the )
Drug Enforcement Administration )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit submitted in support of this Application.

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit submitted in support of this Application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 21 USC 846 | Possession with intent to distribute a controlled substance, Conspiracy to possess with intent to distribute a controlled substance. |

The application is based on these facts:
**See attached affidavit**

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Kimbrell C. Dodder, Jr.
*Applicant's signature*

Kimbrell C. Dodder, Jr.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone___ *(specify reliable electronic means)*.

Date: 06/09/2022

*Judge's signature*

City and state: Greenville, South Carolina

Jacquelyn D. Austin, United States Magistrate Judge
*Printed name and title*